IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CORINTHIAN MCCOY                                                              PETITIONER

v.                                          NO. 5:06CV00261  JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                                        RESPONDENT

## JUDGMENT

IT is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

IT IS SO ADJUDGED this 13th day of February, 2007.

                                                /s/ John F. Forster, Jr.
                                          UNITED STATES MAGISTRATE JUDGE